**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 18-cr-00381-CMA-GPG-06

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6. MARIE MATOS,

      Defendant.

---

**ORDER ADOPTING AND AFFIRMING SEPTEMBER 17, 2019 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #240). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Count One of the Second Superseding Indictment which charged violation of 21 U.S.C. §§ 846; 841(a)(1), (b)(1)(A)(vi); and 841(a)(2), (b)(1)(A)(vi), conspiracy to distribute and possess with intent to distribute 400 grams and more of fentanyl and counterfeit controlled substance.  The Court also notes that Defendant consented to Magistrate Judge Gallagher advising her with regard to her Constitutional rights and her rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on September 17, 2019, at which time he appropriately advised the Defendant of her rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea

agreement, the voluntariness of her plea, and of the consequences of pleading guilty.

Based on that hearing Magistrate Judge Gallagher recommended that the District Court

Judge accept Defendant's plea of guilty to Count One of the Second Superseding

Indictment.

Neither the Defendant nor the Government has filed any objections to the

Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1.      Court Exhibits 1 and 2 are accepted and admitted.

2.      The plea as made in open court on September 17, 2019 is accepted and
the Defendant is adjudged guilty of violation of 21 U.S.C. §§ 846;
841(a)(1), (b)(1)(A)(vi); and 841(a)(2), (b)(1)(A)(vi), conspiracy to distribute
and possess with intent to distribute 400 grams and more of fentanyl and
counterfeit controlled substance.

DATED:  September 2, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge